**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| DANIELLE BROWN and ROY BROWN *on behalf of themselves and all similarly situated consumers*,<br><br>               Plaintiffs,<br><br>v.<br><br>STAR 214, LLC and STATEBRIDGE COMPANY, LLC,<br><br>               Defendants. | Civil Action No. 1:24-cv-1964 |

**<u>PLAINTIFFS' MOTION TO COMPEL</u>**

Plaintiffs, through counsel, under Fed. R. Civ. P. 37, move the Court to compel the discovery set forth in the accompanying memorandum of law. Plaintiffs' counsel certifies that they have met and conferred with Defendants' counsel in an attempt to resolve the discovery issues in Plaintiffs' motion without court intervention, including meet-and-confer telephone calls on March 28, 2025, and April 9, 2025, as well as several follow-up email communications.

Dated: April 11, 2025

Respectfully submitted,
**PLAINTIFFS**

By:*/s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew G. Rosendahl, VSB #93738
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com

*Counsel for Plaintiffs*