## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

DANIELLE BROWN and ROY BROWN,
*Plaintiffs*,

v.

STAR 214, LLC, ET AL,
*Defendants.*

No. 1:24-cv-1964-LMB-WEF

## ORDER

This matter is before the Court on Plaintiffs' Motion to Compel (Dkt. 26).

Upon consideration of the Motion and for the reasons stated in open court, it is hereby

**ORDERED** that Plaintiffs' Motion, to the extent that it has not already been mooted by the parties' Agreed Order (Dkt. 47), is **GRANTED**, and it is further

**ORDERED** that Defendants shall provide complete responses to Plaintiffs' requests for class member discovery (Statebridge ROGs 6, 7; RFPs 44, 47-49; Star214 ROGs 7,8; RFPs 38-40), regardless of whom Defendants contend assessed the interest and regardless of whether Shelving Rock managed the subject loans, within ten (10) days of the entry of this Order; and it is further

**ORDERED** that Defendants shall conduct an ESI search of their emails to locate responsive documents to Statebridge RFPs 12, 13, 34, 40 and Star214 RFPs 11, 30, 33, and 35, including communications between Defendants and third parties. Defendants shall provide Plaintiffs with the parameters of the search.

**ENTERED** this 18th day of April, 2025.

_William Fitzpatrick_
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia