IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DANIELLE BROWN and ROY BROWN, *on behalf of themselves and all similarly situated consumers*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>STAR 214, LLC and STATEBRIDGE COMPANY, LLC,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:24-cv-01964-WEF |

**PLAINTIFF'S MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

　　　　Plaintiffs Danielle Brown and Roy Brown, on behalf of themselves and the Settlement Class Members, and under Fed. R. Civ. P. 23, hereby move the Court for preliminary approval of the class action settlement for the reasons outlined in their contemporaneously filed memorandum of law.  The proposed Settlement Agreement (which includes a proposed preliminary approval order) is attached as Exhibit 1.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　**PLAINTIFFS**

　　　　　　　　　　　　　　　　　　　　*/s/ Kristi C. Kelly*
　　　　　　　　　　　　　　　　　　Kristi C. Kelly, VSB #72791
　　　　　　　　　　　　　　　　　　Andrew J. Guzzo, VSB #82170
　　　　　　　　　　　　　　　　　　Casey S. Nash, VSB #84261
　　　　　　　　　　　　　　　　　　J. Patrick McNichol, VSB #92699
　　　　　　　　　　　　　　　　　　Matthew G. Rosendahl, VSB #93738
　　　　　　　　　　　　　　　　　　Kᴇʟʟʏ Gᴜᴢᴢᴏ, PLC
　　　　　　　　　　　　　　　　　　3925 Chain Bridge, Suite 202
　　　　　　　　　　　　　　　　　　Fairfax, VA  22030
　　　　　　　　　　　　　　　　　　Telephone: (703) 424-7572
　　　　　　　　　　　　　　　　　　Facsimile: (703) 591-0167

Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com

*Counsel for Plaintiffs*